374

Christine Hurff, Appellee, v. Harry L. Hurff, Appellant.

Gen. No. 9,834.

opinion filed December 22, 1942; rehearing denied February 2, 1943. Morgan & Morgan and Chester L. Anderson, for appellant; McGrath & Copeland, for appellee. Opinion by JUSTICE WOLFE. ''Not to be published in full.''

Joseph Farnetti, Appellee, v. Francesca Mangano et al. Appeal of Ralph J. Salerno, Individually, and Trading as Rosario D. Salerno Sons, Appellant.

Gen. No. 41,763.

opinion filed December 30, 1942; rehearing denied February 9, 1943. Samuel Plame and Murphy, Lilliander & Gemmill, for appellant; Mark D. Cohen, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''